JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 917 -- In re Mary Kay Cosmetics, Inc., Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- filed by Plaintiff Mary Kay for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: N.D. Texas (ds) |
| 92/01/15 | | CERTIFICATE OF SERVICE TO INCLUDE DISTRICT COURTS (attached to pleading #1) (ds) |
| 92/01/17 | | APPEARANCES -- MICHAEL O'NEIL, ESQ. for Mary Kay Cosmetics, Inc.; MORTON ROSEN, ESQ. for Arbonne International, Inc., Pamela Chang and Janet Levine; JOHN B. KYLE, ESQ. for Mary Louise Hobbs; JONN C. ETTER, ESQ. for Bruce MacFarland d/b/a The Wellness Center (ds) |
| 92/01/27 | 2 | RESPONSE/BRIEF (to pldg. #1) -- filed by defts. Airbonne International, Inc., Janet Levine and Pamela Chang w/Declaration of Theresa M. Marchlewski and exhibits A thru R and cert. of svc. (ds) |
| 92/01/27 | 3 | RESPONSE/BRIEF (to pldg. #1) -- filed by deft. Bruce A. MacFarland w/cert. of svc. (ds) |
| 92/01/27 | 4 | RESPONSE/BRIEF (to pldg. #1) -- filed by deft. Mary Louise Hobbs w/cert. of svc. (ds) |
| 92/02/04 | 5 | REPLY -- movants Mary Kay Cosmetics, Inc. w/exhibits A-F and cert. of svc. (bas) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/03/16 | 6 | MOTION TO WITHDRAW MOTION FOR TRANSFER (PLDG. #1) -- Filed by pltf. Mary Kay Cosmetics, Inc. -- w/cert. of svc. (rh) |
| 92/03/20 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING MARCH 27, 1992 HEARING -- (re: pldg. 6) -- Notified involved counsel, judges and clerks (kac) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT (for Panel hearing on 3/27/92, in Chicago, Illinois) -- All Parties Waived (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 917 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MARY KAY COSMETICS, INC., CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 917 -- In re Mary Kay Cosmetics, Inc., Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mary Kay Cosmetics, Inc. v. Arbonne International, Inc. | Cal.,C. Marshall | 91-2636 CBM(SX) | | | | |
| A-2 | Mary Kay Cosmetics, v. Pamela Chang | Cal.,C. Marshall | 91-4376 CBM(Sx) | | | | |
| A-3 | Mary Kay Cosmetics v. Janet Levine | Cal.,C. Marshall | 91-2630 CBM(Sx) | | | | |
| A-4 | Mary Kay Cosmetics, Inc. v. Mary Louise Hobbs | Tex.,N. Maloney | 3-91-CV-2196-T | | | | |
| A-5 | Mary Kay Cosmetics, Inc. v. Bruce R. Macfarland, d/b/a The Wellness Center | Oregon Redden | CV-91-1341 RE | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 917 --   In re Mary Kay Cosmetics, Inc. Contract Litigation

==================================================================

MARY KAY COSMETICS, INC.
  (A-1, A-2,  A-3, A-4, A-5)
Michael O'Neil, Esq.
Gardere & Wynne
3000 Thanksgiving Tower
Dallas, TX  75201

ARBONNE INTERATIONAL, INC.
PAMELA CHANG
JANET LEVINE
Morton Rosen, Esq.
Haight, Brown & Bonesteel
201 Santa Monica Boulevard
Santa Monica, CA  90406

MARY LOUISE HOBBS
John B. Kyle, Esq.
Jackson & Walker
901 Main Street
Suite 6000
Dallas, TX  75202

BRUCE MACFARLAND d/b/a
  THE WELLNESS  CENTER
John C. Etter, Esq.
Jordan, Caplan & Etter
921 SW Washington, Suite 400
Portland, OR  97205

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 917 -- In re Mary Kay Cosmetics, Inc. Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Arbonne International, Inc. | A-1 |
| Pamela Chang | A-2 |
| Janet Levine | A-3 |
| Mary Louise Hobbs | A-4 |
| Bruce R. Macfarland, d/b/a The Wellness Cneter | A-5 |
| | |
| | |
| | |
| | |
| | |