JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 20 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

*DOCKET NO. 917*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE MARY KAY COSMETICS, INC., CONTRACT LITIGATION*

*ORDER DEEMING MOTION WITHDRAWN*
*AND*
*VACATING THE MARCH 27, 1992 HEARING*

This matter is before the Panel on motion of Mary Kay Cosmetics, Inc. (Mary Kay) to centralize the actions on the attached Schedule A, pursuant to 28 U.S.C. §1407, in the Northern District of Texas for coordinated or consolidated pretrial proceedings. On March 16, 1992, Mary Kay notified the Panel that the status of the actions on its motion had significantly changed and that transfer of these actions for pretrial proceedings was no longer warranted. Accordingly, Mary Kay is withdrawing its motion before the Panel.

IT IS THEREFORE ORDERED that Mary Kay's request to withdraw its Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on February 20, 1992, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

John F. Nangle
Chairman